UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

PAUL BERESWILL,

        Plaintiff,

-against-                                                              22 civ. 2997 (CM)

THE MUNDIAL GROUP INC.,

        Defendant.

---------------------------------------------------------------x

## ORDER DIRECTING ADDITIONAL SERVICE

McMahon, J.:

    Plaintiff has moved for a default judgment in this copyright infringement action. Service of both the original summons and complaint and of the motion for a default judgment was made on the Secretary of State; who is allegedly authorized to accept service on behalf of the Defendant. Service was not made on Defendant at its alleged principal place of business, which is located, according to the complaint, in New York City.

    The court is reluctant to enter a default judgment predicated on service on the Secretary of State when the defendant has an office at 28 East 28th Street. Accordingly, Plaintiff is directed to serve a second copy of the notice of motion and supporting papers on the defendant at the address identified as its principal place of business, and to report the results of same to the court. Plaintiff will have thirty days from service at its business address within which to respond to the complaint or the court will grant the motion for default judgment.

Dated: March 27, 2023

                                                                         U.S.D.J.

SERVICE ON PLAINTIFF'S COUNSEL VIA ECF