UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

PAUL BERESWILL,

        Plaintiff,

-against-                              22 civ 2997 (CM)(JAC)

THE MUNDIAL GROUP, INC.,

        Defendant.

---------------------------------------------------------------x

## ORDER GRANTING MOTION FOR DEFAULT JUDGMENT

McMahon, J.:

    The reader is referred to the court's order dated August 17, 2023 (Dkt. #38).

    There has been no appearance by counsel for the Defendant corporation, despite its principal's having been given ample time to locate an attorney.

    Accordingly, the Plaintiff's motion for entry of a default judgment (Dkt. #18) is GRANTED.

    This matter is referred to The Hon. James A. Cott for an inquest into damages.

Dated: September 19, 2023

                                                      _____
                                                                 U.S.D.J.

BY ECF TO ALL PARTIES

BY FIRST CLASS MAIL TO: Felix M. Sencion, PO Box 1814, New York, NY 10156-1814

BY EMAIL TO MAGISTRATE JUDGE COTT